Richard Carman, #14528-424
P.O. Box 1000
Otisville, NY 10963

November 16, 2020



FILED
NOV 2 5 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Judge Ronald A. Guzman
Federal District Judge
United States District Court
219 South Dearborn St. 20th Floor
Chicago, IL 60604

IN RE: <u>Request for Appointment of Counsel to File a Compassionate Release Motion and/or HomeConfinement Under Cares Act and 18 U.S.C. §3582(c)(1)(A)(i)</u>
<u>Case No. 02-CR-464</u>

Dear Judge Guzman:

I hope this letter finds you and all the members of your court in best of healths and spirits.

Following a conviction for RICO resulting in a Homicide and 924(c) in June 2005, I was sentenced to a term of 60 years in your court. Ever since, for the past approximately 20 years, I have remained in the prison.

Judge, owing to my poor family upbringing in an impoverished neighborhood as I had lost my father at a tender age of eight, I was practicaly raised by the rough streets of Chicago. Seeking for social acceptance and safety, I was sucked into the street gangs and was moulded by the culture of gang and crime. For years, even in the prison, the gang culture dominated me, as a result I got thrown around from one bad situation to another.

However, your words during my sentencing kept coming back to me. You had said that I had spend 27 years 'visiting harm and pain on other people' and that I barely had another half of 100 years left. And that, if I had any capacity to feel the pain and suffering of others then I would know what I had done. You also told me that if it was of any importance to me, I could start to do something different and better about it. It took me 11 years to fully realize what I was doing was wrong and to see the depth and wisdom of your words.

So, in 2013, I took a very bold step, knowing it very well it could one day cost me my life. I finally told the prison authorities that I was done with all my affiliations and connections with my gang. As a direct result of my decision, my gang placed a bounty on my head. If any member of my gang is ever to see me in the future he is under orders to immediately kill me without any

questions. But this does not deter me, for I am resolved because your words continued to resonate in my heart. And Yes! Judge, I am determined to finally 'do something' and everything about it as I can now 'feel the pain and sufferings of others.'

Immediately after I dropped from the gang, the gang members stormed my home and tried to murder my two sons right in front of my Mom's house and accidentally shot and killed my 28 year old sister. Now, in spite of her mental issues and bad health, my mom has to take care of my dead sister's children. Judge, for the sake of my mother and nieces and my two sons--who I am afraid will also be sucked in into the same life which devovred me--I want to go home and redeem myself as I have learned the lesson of my life. Just so that you know that I am not offering you a lip service, I want you to know that after turning a leaf and renouncing the gangs in prison, I have completed many, many high value prison programs knowing it too well that there will never be an occasion where they could help me get out of the prison; like: GED, Anger Management, Criminal Thinking, Rational Thinking, and many others. However, I am proud to have completed the most respected PODS (Positive Outlook Determining Self) program which is exclusively offered to gang drop-outs like me and is an year long tedious program. After completing the PODS, I was designated to be the fascilitator of this program, where in I guide and counsel other similarly placed gang dropouts on the problems and solutions they face after they have dropped out of their gangs. A letter of reference from my prison program co-ordinator Ms. Dariotis is included in my progress-report.

Judge, as long as I was in Max Prisons and had not dropped out of the gang, I continued to get in trouble. As a result, I have garnered at least two serious incident reports during the period of my incarceration. But there after I have maintained a relatively clear conduct for the past 10 years.

I write this letter to you in the aftermath of Covid 19 outbreak and request you to kindly appoint me an attorney who could file a good compassionate release motion and/or homeconfinement under the Cares Act and 18 U.S.C. §3582(c)(1)(A)(i) in your court as I have some of the many health risk factors, like: High Cholesterol, and Low Vitamin Deficiency, etc. If released, I will be staying with my fiancee Ms. Tess Baron, at 35th St. 21-28 #4, Astoria, NY 11105, Tele No. (929) 254-8912.

Sincerely,

Richard Carman

Richard Carman, #14528-424
P.O. Box 1000
Otisville, NY 10963

LEGAL MAIL

Judge Ronald A. Guzman
Honorable Federal District Judge
219 South Dearborn St., 20th Floor
Chicago, IL 60604

FEDERAL CORRECTIONAL INSTITUTION
OTISVILLE, NY 10963
DATE: 11/8/23

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.